## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **United States v. New York** _____ Docket No.: **26-104** _____

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: **Alex Hemmer**

Firm: **Office of the Illinois Attorney General**

Address: **115 S. LaSalle Street**

Telephone: **312-814-5526** _____ Fax: _____

E-mail: **alex.hemmer@ilag.gov**

Appearance for: **States of Illinois et al. as Amici Curiae**
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☑ Amicus (in support of: **Defendants-Appellees State of New York et al.** )
(party/designation)

---

### CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on **May 14, 2024** _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: **/s/ Alex Hemmer**

Type or Print Name: **Alex Hemmer**