## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: United States v. State of New York _____    Docket No.: 26-104 _____

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Kenneth E. Lee

Firm: Levine Lee LLP

Address: 400 Madison Avenue, Fl. 8, New York, NY 10017

Telephone: 212-257-4027     Fax:

E-mail: klee@levinelee.com

Appearance for: Hon. Janet DiFiore (Ret.), Hon. Lawrence K. Marks (Ret.), Hon. Albert M. Rosenblatt (Ret.), Hon. Leslie E. Stein (Ret.),

(party/designation)

Hon. Karen K. Peters, (Ret.), Hon. Alan D. Scheinkman (Ret.), Hon. Fern A. Fisher (Ret.), and Hon. Michael J. Obus (Ret.) as amici curiae

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☑ Amicus (in support of: Defendants-Appellees _____ )
(party/designation)

### CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on _____    OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Kenneth E. Lee

Type or Print Name: Kenneth E. Lee