## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: United States of America v. State of New York          Docket No.: 26-104

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Roberta A. Kaplan

Firm: Kaplan Martin LLP

Address: 1133 Avenue of the Americas, Suite 1500

Telephone: (212) 316-9500          Fax:

E-mail: rkaplan@kaplanmartin.com

Appearance for: Law and History Professors / Amici Curiae
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☑ Amicus (in support of: State of New York / Defendants-Appellees )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on 07/25/2024          OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Roberta A. Kaplan

Type or Print Name: Roberta A. Kaplan